1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Arnett, ) | No. CV-12-0311-TUC-DTF |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| Benjamin Snow Howard, et al., ) | |
| Defendants. ) | |

Pending before the Court is Plaintiff's Motion to Proceed In Forma Pauperis.

Good Cause Appearing,

**IT IS ORDERED** that the Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **GRANTED**, without prepayment of costs or fees or the necessity of giving security therefore. Plaintiff shall be responsible for service of the summons and complaint.

DATED this 26th day of April, 2012.

D. Thomas Ferraro
United States Magistrate Judge