**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Arnett )<br>            Plaintiff, )<br>)<br>     v. )<br>)<br>Benjamin Snow Howard et al. )<br>)<br>            Defendant )<br>)<br>)<br>) | CIV 12-cv-00311-TUC-DTF<br><br><br><br>**ORDER TO<br>SHOW CAUSE** |

This action has been assigned to a United States Magistrate Judge pursuant to LRCiv 3.8(a) of the United States District Court for the District of Arizona.  Each party is required to execute and file within twenty days of its appearance either a written consent to the exercise of authority by the magistrate judge under 28 U.S.C. § 636(c), or a written election to have the action reassigned to a district judge.  Plaintiff appeared in this action more than twenty days ago, but has not yet filed the required election form.

**IT IS ORDERED** that if the above listed **plaintiff** fails to file the appropriate election form by **5:00 p.m. on 06/22/12.** he above plaintiff shall appear[1] before Judge **Raner C. Collins** of the Tucson Division of this Court at 405 W Congress 5th Floor at **10:20 am.** on Monday **06/25/12** and show good cause for the failure to comply with Local Rule LRCiv 3.8(a).  The hearing before the Judge will be automatically vacated and the party need not appear if the party files a completed election form by the 5:00 p.m. deadline set forth above.  An additional copy of the

---

[2] Incarcerated parties shall appear telephonically and shall make arrangements for such appearance in advance of the hearing.

election form is included with this Order.

**IT IS FURTHER ORDERED** that the assignment of this action to the Magistrate Judge remains in effect for all purposes pending completion of the election process. Involvement of the Judge Collins in this matter is limited to this show cause hearing, unless the magistrate judge assignment is ordered withdrawn pursuant to 28 U. S. C. § 636(b)(1)(A), at which time the case would be randomly reassigned to a district judge.

DATED this _6th_ day of _June_ ,2012.

 BRIAN D. KARTH
 District Court Executive/Clerk of Court


By: _s/ Lisa M Flores_
 Deputy Clerk