# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

### CONSENT TO EXERCISE OF JURISDICTION
### BY UNITED STATES MAGISTRATE JUDGE

### INSTRUCTIONS TO ALL PARTIES

Pursuant to Local Rule of Civil Procedure 3.8(a), all civil cases will be randomly assigned to a U.S. District Court Judge or to a U.S. Magistrate Judge.

When a case is filed and assigned to a U.S. Magistrate Judge, consent forms, for all parties, are stamped with a case number and given to the individual who is filing the case.  On these forms, consent may be give to the jurisdiction of the magistrate judge by signing the consent section of the form.  If all parties consent, the case will remain with the magistrate judge, pursuant to 28:636(c)(1).  These cases are assigned to a magistrate judge for all purposes, including trial and final entry of judgment.  Any appeal from a judgment entered by the Magistrate Judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate Judges do not conduct trials in felony criminal cases.  Because of this, criminal cases will not interfere with scheduling and trials before a Magistrate Judge.  It is likely that a consent to a Magistrate Judge assignment will mean that this civil case will be resolved sooner and less expensively.  However, consent is voluntary, and no adverse consequences of any kind will be felt by any party or attorney who objects to assignment of a case to the Magistrate Judge.

**The party filing the case or removal is responsible for serving all parties with the consent forms.**

If any party chooses the district judge option, the case will be randomly reassigned to a U.S. District Court Judge.  To elect to have the case heard before a U.S. District Court Judge, the District Judge Option section of the form must be completed.

**Each party must file the completed consent form and certificate of service with the court no later than 20 days after entry of appearance.  This document should be filed in paper form only and must serve a copy by mail or hand  delivery upon all parties of record in the case.**