UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(CIVIL MINUTE ORDER)

Case No.  CV-12-311-TUC-DCB (DTF)                                    Date: June 25, 2012

Title: *Arnett v. Howard*

**HONORABLE DAVID C. BURY**

Proceedings:            _____Open Court         _____Chambers          X   Other

PLEASE TAKE NOTICE:

Pursuant to LRCiv 72.1, Rules of Practice of the United States District Court, District of Arizona, this case is referred back to Magistrate Judge D. Thomas Ferraro for all pretrial proceedings and Report and Recommendation in accordance with the provisions of 28 U.S.C. § 636(b). All future filings in this case shall be designated, as follows: CV-12-311-TUC-DCB (DTF).

DATED this 26th day of June, 2012.

David C. Bury
United States District Judge