IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Arnett, ) | No. CV-12-0311-TUC-DTF |
|     Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Benjamin Snow Howard, et al., ) | |
| ) | |
|     Defendants. ) | |
| ) | |

Plaintiff requested and was granted service on Defendant Howard by the United States Marshal. Subsequently, with the intention of aiding service by the Marshal, Plaintiff filed a memorandum with extensive personal data on Howard including his residences, vehicles and family. The Court finds this information is not appropriate for the public record and will order the document sealed. Additionally, this is not a recognized filing under the rules. As directed, Plaintiff provided an address for Howard to the U.S. Marshal. They will attempt to serve Howard at that location. That is what the Court ordered and that is their only obligation at this time. If service is not completed based on the information currently provided to the Marshal, the Court will consider whether alternative attempts are warranted.

Accordingly,

1 **IT IS ORDERED** that the Clerk of Court shall **SEAL** Plaintiff's Memorandum (Doc. 12) and **STRIKE** it from the record.

DATED this 20th day of July, 2012.

D. Thomas Ferraro
United States Magistrate Judge