

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

James Arnett,

    Plaintiff,

vs.

Benjamin Snow Howard, et al.,

    Defendants.

No. 4:12-CV-00311-DTF-DCB

MOTION

**Seal Records**

Plaintiff James Arnett moves this Honorable Court to allow the sealing of the subsequent Memorandum from the public record, for the purpose of maintaining the confidentiality of personal information contained therein.

Respectfully Submitted this 21st day of August 2012.

James Arnett, In Propria Persona (I.F.P.)

9288 N. Monmouth Court

Tucson, Arizona 85742