| | |
|---|---|
| 1 | **Davis Miles** |
| 2 | **McGuire Gardner** |
| 3 | 80 E. Rio Salado Pkwy., Ste. 401 |
|   | Tempe, AZ  85281 |
| 4 | Telephone:  (480) 733-6800 |
|   | Fax: (480) 733-3748 |
| 5 | efile.dockets@davismiles.com |
| 6 | Scott F. Gibson - SBN 10884 |
| 7 | SGibson@DavisMiles.com |
| 8 | *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| JAMES ARNETT, | CASE NO.  CV-12-0311-TUC-DTF |
| Plaintiff, | |
| vs. | |
| BENJAMIN SNOW HOWARD, LIFELINE MEDIA LLC, a Texas entity, NATIONWIDE AFFORDABLE HOUSING, a Texas corporation, and the BEN HOWARD TRUST, an IDAHO TRUST, | **CORPORATE DISCLOSURE STATEMENT** |
| | **(Assigned to Magistrate Judge D. Thomas Ferraro)** |
| Defendants. | |

   This Corporate Disclosure Statement is filed on behalf of Defendants, in compliance with the provisions of: *(check one)*

  X   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

1

\_\_\_\_  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_\_  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

 X   No such corporation.

\_\_\_\_  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

\_\_\_\_  Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

\_\_\_\_  Other(please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 26th day of September, 2012.

                              **DAVIS MILES MCGUIRE GARDNER, PLLC**

                              By   /s/ Scott F. Gibson
                                  Scott F. Gibson
                                  80 E. Rio Salado Pkwy., Ste. 401
                                  Tempe, AZ 85281
                                  *Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2012, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing, mailed a copy via regular U.S. mail to the following, and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Magistrate Judge D. Thomas Ferraro
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 6660
Tucson, AZ  85701

James Arnett
9288 N. Monmouth Court
Tucson, AZ 85742
*Plaintiff Pro Per*


/s/ Annette T. Hernandez

3