1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Arnett,                 ) | No. CV-12-0311-TUC-DCB-DTF |
|     Plaintiff,        ) | |
|                    ) | **ORDER** |
| vs.                    ) | |
|                    ) | |
| Benjamin Snow Howard, et al., ) | |
|     Defendants.     ) | |
|                    ) | |

      Pending before the Court is Plaintiff's Motion for Alternative Service, and related Motion to Seal a memorandum related to the service motion. Plaintiff requested alternative service upon Defendant Benjamin Howard. Subsequently, the United States Marshal completed service upon the defendant. Therefore, the service motion is now moot and the related memorandum irrelevant; thus, the Court will deny both motions as moot.

      Accordingly,

      **IT IS ORDERED** that Plaintiff's Motion to Seal (Doc. 14) and Motion for Alternative Service (Doc. 16) are **DENIED as MOOT**.

      DATED this 26th day of September, 2012.

D. Thomas Ferraro
United States Magistrate Judge