# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Arnett, | No. CV-12-0311-TUC-DCB-DTF |
| Plaintiff, | **ORDER** |
| vs. | |
| Benjamin Snow Howard, et al., | |
| Defendants. | |

Defendants have filed a Motion to Dismiss (Doc. 18) pursuant to Rule 12 of the Federal Rules of Civil Procedure.

**NOTICE--WARNING TO PLAINTIFF**

Defendants' Motion to Dismiss seeks to have your case dismissed on the basis of lack of personal jurisdiction, improper venue and failure to state claim against any defendant. Specifically, they argue that the Court does not have personal jurisdiction over the defendants, venue is not proper in Arizona, Plaintiff has not alleged any specific facts regarding Lifeline Media LLC, Nationwide Affordable Housing and the Ben Howard Trust, Plaintiff cannot bring a claim on behalf of Gerren Ard (Claims 1, 4), and Plaintiff's other asserted causes of action are not cognizable or he has failed to assert all the elements necessary for each cause. You should address these arguments in your response to the motion. A motion to dismiss will, if granted, end your case.

The Court may, in its discretion, treat a failure to respond to Defendants' Motion to Dismiss as a consent to the granting of that motion without further notice, and judgment may

1 be entered dismissing this action pursuant to Rule 7.2(i) of the Local Rules of Civil
2 Procedure. *See Brydges v. Lewis*, 18 F.3d 651 (9th Cir.1994) (*per curiam*). Further, you are
3 obligated to comply with all rules of procedure and Court orders, regardless of your pro se
4 status. *See King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). Failure to do so may result in
5 dismissal of the action. Fed. R. Civ. P. 41(b); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th
6 Cir. 1992). If Plaintiff does not file a response to the pending motion to dismiss in the time
7 set forth below, the Court will dismiss the case.

8 Accordingly,

9 **IT IS ORDERED** that Plaintiff must file a response to Defendant's Motion to Dismiss,
10 no later than **October 25, 2012.**

11 DATED this 26th day of September, 2012.

D. Thomas Ferraro
United States Magistrate Judge