IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Arnett,<br><br>         Plaintiff,<br><br>vs.<br><br>Benjamin Snow Howard, et al.,<br><br>         Defendants. | No. CV-12-0311-TUC-DCB-DTF<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to an order of the Court (Doc. 10), on July 16, 2012, the United States Marshal sent Defendant Benjamin Howard a request to waive service by certified mail (Doc. 17). Defendant did not return the request for waiver. Therefore, the United States Marshal completed personal service on him on September 6, 2012. (*Id.*) The cost to the Marshal's Service for personal service on Defendant Howard was $98.75. (*Id.*) The mailed request for waiver included a copy of the Court's service order, in which Defendant was notified that he would be charged the cost of personal service. (Doc. 10.) Federal Rule of Civil Procedure 4(d)(2) provides that, if a defendant fails to waive service, without good cause, the Court must impose the cost of service upon the defendant.

Accordingly,

**IT IS ORDERED** that Defendant Benjamin Howard has until **October 8, 2012**, to

1  show good cause, if any, in writing, why he should not be taxed the cost of personal service
2  by the United States Marshal Service.
3      DATED this 26th day of September, 2012.

                                      D. Thomas Ferraro
                                  United States Magistrate Judge