FILED ___ LODGED
RECEIVED ___ COPY

OCT 1 5 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Arnett, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 4:12-CV-00311-DCB-DTF |
| Benjamin Snow Howard, et al., ) | **MOTION FOR LEAVE** |
|     Defendants. ) | |

### Motion For Leave Of Court To Amend Complaint

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff James Arnett respectfully requests this honorable Court to issue an order granting him Leave to amend his Complaint [Doc. 1] in the above referenced Case.

In support of this Motion, Plaintiff had followed all of the instructions of the publication labeled, "Filing A Complaint In Your Own Behalf", issued by the United States District Court For The District Of Arizona.

Said publication stated in its introduction, *"These guidelines CANNOT take the place of an attorney's legal advice. They are by no means comprehensive and are only intended to assist you in understanding the basic terms and procedures*

1  *required by the court.*", with no mention of prima facie requirements, nor the
2  matching of claims to statutes for cognizance anywhere within the publication.
3
4      Plaintiff followed these instructions with diligence, without acting
5  presumptuously, under the faith that this honorable Court would provide the
6  opportunity to show evidence and testimonies to demonstrate violations in laws
7  and statutes in support of the Complaint, over the due course of its proceedings.
8  See *Foman v. Davis, 371 U.S. 178, 182 (1962)*.
9
10     With a more complete understanding, Plaintiff now Moves for this
11 honorable Court to order Leave to amend, to address and correct errors and
12 omissions contained within the original Complaint, in the following areas:
13
14     A.    Correction of Typos
15     B.    Addition of Prima Facie Evidence
16     C.    Correction of Claims In Complaint [Doc. 1, ¶37 through ¶58]
17     D.    Moving to File Electronic Prima Facie Evidence on Disc
18         (Motion to follow)
19
20     Respectfully submitted this 15th day of October 2012.
21
22     *[signature]*
23     James Arnett, In Propria Persona (I.F.P.)
24     9288 N. Monmouth Court
25     Tucson, Arizona 85742
26     (520)878-9779 (home)
27     (520)304-0129 (field)
28     jamesarnettaz@gmail.com (email)

## CERTIFICATE OF SERVICE

I hereby certify that on this day, ___ October 2012, I physically filed the preceding MEMORANDUM IN OPPOSITION, MOTION FOR LEAVE, and MOTION at the Office of the Clerk of the Court.

I also hereby certify that I have mailed these three documents by the United States Postal Service, to the following Attorneys for Defendants Howard, et al.:

> DAVISMILESMCGUIRE GARDNER, PLLC
> Scott F. Gibson
> 80 E. Rio Salado Pkwy., Ste. 401
> Tempe, AZ 85281

Respectfully submitted this 15th day of October 2012.

_____
James Arnett, In Propria Persona (I.F.P.)
9288 N. Monmouth Court
Tucson, Arizona 85742
(520)878-9779 (home)
(520)304-0129 (field)
jamesarnettaz@gmail.com (email)