IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

James Arnett,

    Plaintiff,

vs.

Benjamin Snow Howard, et al.,

    Defendants.

No. 4:12-CV-00311-DCB-DTF

**MOTION**

**Motion To File Prima Facie Evidence On Disc**

Plaintiff James Arnett respectfully requests this honorable Court to issue an order granting him permission to file or otherwise enter into prima facie evidence, in the above referenced Case, DVD Discs containing electronic embodiments of:

A.    The Abbreviated Motion Picture on the Internet;
B.    The full length Motion Picture;
C.    The TV Commercial Spot;
D.    The Audio Book;

1   In order to establish the existence of said materials, manufactured by Plaintiff,
2   based on Defendants' "Overcoming Life's Trauma" book, Plaintiff prays to submit
3   this evidence, which is at the core of this Case as the foundation of its Claims.

5       Said DVD Discs shall be formatted by Plaintiff for the convenience of this
6   honorable Court, to be readable on any DVD Player connected to any standard
7   television, in order to facilitate convenient viewing and listening on any number of
8   readily available devices.

10      Plaintiff asserts that these Proofs shall demonstrate the existence of said
11  materials, and shall demonstrate the scope and magnitude of labor for which he is
12  rightfully suing, in the United States District Court For The District of Arizona.

14      Respectfully submitted this 15th day of October 2012.

20  James Arnett, In Propria Persona (I.F.P.)
21  9288 N. Monmouth Court
22  Tucson, Arizona 85742
23  (520)878-9779 (home)
24  (520)304-0129 (field)
25  jamesarnettaz@gmail.com (email)

## CERTIFICATE OF SERVICE

I hereby certify that on this day, ___ October 2012, I physically filed the preceding MEMORANDUM IN OPPOSITION, MOTION FOR LEAVE, and MOTION at the Office of the Clerk of the Court.

I also hereby certify that I have mailed these three documents by the United States Postal Service, to the following Attorneys for Defendants Howard, et al.:

        DAVISMILESMCGUIRE GARDNER, PLLC

        Scott F. Gibson

        80 E. Rio Salado Pkwy., Ste. 401

        Tempe, AZ 85281

Respectfully submitted this 15th day of October 2012.

        _____

        James Arnett, In Propria Persona (I.F.P.)

        9288 N. Monmouth Court

        Tucson, Arizona 85742

        (520)878-9779 (home)

        (520)304-0129 (field)

        jamesarnettaz@gmail.com (email)