**Davis Miles**
**McGuire Gardner**

80 E. Rio Salado Pkwy., Ste. 401
Tempe, AZ  85281
Telephone:  (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

Scott F. Gibson - SBN 10884
SGibson@DavisMiles.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES ARNETT,<br><br>                               Plaintiff,<br><br>vs.<br><br>BENJAMIN SNOW HOWARD, LIFELINE MEDIA LLC, a Texas entity, NATIONWIDE AFFORDABLE HOUSING, a Texas corporation, and the BEN HOWARD TRUST, an IDAHO TRUST,<br><br>                               Defendants. | CASE NO.  CV-12-0311-TUC-DTF<br><br>**OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE OF COURT TO AMEND COMPLAINT**<br><br>**(Assigned to Magistrate Judge D. Thomas Ferraro)** |

Defendants Benjamin Snow Howard ("Howard"), Lifeline Media LLC ("Lifeline"), Nationwide Affordable Housing ("NAH"), and the Ben Howard Trust ("the Trust") object to Plaintiff's Motion for Leave of Court to Amend Complaint. Under Rule 15.1 of the Local Rules of Civil Procedure,

> A party who moves for leave to amend a pleading, or who seeks to amend a pleading by stipulation and order, must attach a copy of the proposed amended pleading as an exhibit to the motion or stipulation, which must indicate in what

1

> respect it differs from the pleading which it amends, by bracketing or striking through the text to be deleted and underlining the text to be added.

Plaintiff has failed to comply with the requirements of this rule because he has not submitted a proposed amended complaint in connection with his motion. Therefore, the Court cannot grant his motion under the Rules. "[P]ro se litigants are not excused from following court rules." *Briones v. Riviera Hotel & Casino*, 116 F.3d 379, 382 (9th Cir. 1997).

RESPECTFULLY SUBMITTED this 25th day of October, 2012.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

By  /s/ Scott F. Gibson
    Scott F. Gibson
    80 E. Rio Salado Pkwy., Ste. 401
    Tempe, AZ 85281
    *Attorneys for Defendants*

CERTIFICATE OF SERVICE

     I hereby certify that on October 25, 2012, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing, mailed a copy via regular U.S. mail to the following, and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Magistrate Judge D. Thomas Ferraro
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 6660
Tucson, AZ  85701

James Arnett
9288 N. Monmouth Court
Tucson, AZ 85742
*Plaintiff Pro Per*


/s/ Annette T. Hernandez

3