

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Arnett, | |
|     Plaintiff, | |
| vs. | No. 4:12-CV-00311-DCB-DTF |
| Benjamin Snow Howard, et al., | **OPPOSITION** |
|     Defendants. | |

**Opposition To Motion (Doc. 24)**

Plaintiff James Arnett hereby opposes Defendants' Motion (Doc. 24) because he is entitled to justice, pursuant to Federal Rule of Civil Procedure 15(a). The proposed amendments would make a significant difference in any determinations made by this honorable Court for the reason of substantiation and presentation of cognizable Claims. Respectfully submitted this 5th day of October 2012.

James Arnett, In Propria Persona (I.F.P.)

9288 N. Monmouth Court, Tucson, Arizona 85742

(520)878-9779 (home) (520)304-0129 (field)

jamesarnettaz@gmail.com (email)