**Davis Miles**
**McGuire Gardner**

80 E. Rio Salado Pkwy., Ste. 401
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

Scott F. Gibson - SBN 10884
SGibson@DavisMiles.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES ARNETT,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN SNOW HOWARD, LIFELINE MEDIA LLC, a Texas entity, NATIONWIDE AFFORDABLE HOUSING, a Texas corporation, and the BEN HOWARD TRUST, an IDAHO TRUST,<br><br>Defendants. | CASE NO. CV-12-0311-TUC-DTF<br><br>**REPLY IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S "MOTION TO FILE PRIMA FACIE EVIDENCE ON DISC"**<br><br>**(Assigned to Magistrate Judge D. Thomas Ferraro)** |

Defendants Benjamin Snow Howard ("Howard"), Lifeline Media LLC ("Lifeline"), Nationwide Affordable Housing ("NAH"), and the Ben Howard Trust ("the Trust") hereby reply to Plaintiff's "Opposition to Motion." Defendants' original motion to

1

strike[1] Plaintiff's "Motion for Leave to File Prima Facie Evidence on Disc"[2] was based on the fact that Plaintiff's Motion is not authorized by any statute, rule, or Court order. Plaintiff's response cites no authority for the Motion other than Rule 15(a) of the Federal Rules of Civil Procedure. Rule 15(a) is for amending pleadings—not for submitting evidence in support of pleadings and not for responding to the grounds raised in Defendants' motion to dismiss. Plaintiff fundamentally misunderstands the Rules and is making this litigation more costly, complex, and time-consuming than it needs to be.

For these reasons, Defendants request that the Court either deny or strike Plaintiff's Motion.

RESPECTFULLY SUBMITTED this 8th day of November, 2012.

        **DAVIS MILES MCGUIRE GARDNER, PLLC**

        By   /s/ Scott F. Gibson
            Scott F. Gibson
            80 E. Rio Salado Pkwy., Ste. 401
            Tempe, AZ 85281
            *Attorneys for Defendants*

---

1 (Document 28).
2 (Document 24).

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2012, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing, mailed a copy via regular U.S. mail to the following, and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Magistrate Judge D. Thomas Ferraro
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 6660
Tucson, AZ  85701

James Arnett
9288 N. Monmouth Court
Tucson, AZ 85742
*Plaintiff Pro Per*


/s/ Annette T. Hernandez

3