**Davis Miles**
**McGuire Gardner**

80 E. Rio Salado Pkwy., Ste. 401
Tempe, AZ  85281
Telephone:  (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

Scott F. Gibson - SBN 10884
SGibson@DavisMiles.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES ARNETT,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN SNOW HOWARD, LIFELINE MEDIA LLC, a Texas entity, NATIONWIDE AFFORDABLE HOUSING, a Texas corporation, and the BEN HOWARD TRUST, an IDAHO TRUST,<br><br>Defendants. | **CASE NO.  CV-12-0311-TUC-DCB-DTF**<br><br>**MOTION TO STRIKE PLAINTIFF'S "MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS REPLY"**<br>**&**<br>**MEMORANDUM IN SUPPORT**<br><br>**(Assigned to Magistrate Judge D. Thomas Ferraro)** |

Defendants Benjamin Snow Howard ("Howard"), Lifeline Media LLC ("Lifeline"), Nationwide Affordable Housing ("NAH"), and the Ben Howard Trust ("the Trust") request,

1

under LRCiv 7.2(m)(1), that the Court strike Plaintiff's recent filing entitled "Motion for Leave to File Sur-Reply In Opposition to Defendants' Motion to Dismiss Reply."[1]

Plaintiff's filing is not authorized by any rule or order. The Rules only allow a motion and memorandum in support, a responsive memorandum in opposition to a motion, and a reply.[2] This exact Court and Magistrate Judge recently faced a nearly identical procedural situation in *Murchison v. Tucson Unified School District*.[3] In that case, another pro se plaintiff attempted to file a "sur-reply" to the defendants' motion to dismiss. The defendants filed a motion to strike the sur-reply, on the grounds that it was not allowed under the local rules. This Court granted the defendants' motion to strike the sur-reply.[4]

Here, Plaintiff's filing should receive identical treatment. His filing is not allowed by the Federal Rules of Civil Procedure, the Local Rules, or by any order. Additionally, Plaintiff's filing is unnecessary because Defendants did not raise any substantially new issues in their Reply in Support of Motion to Dismiss.[5]

Furthermore, Plaintiff also requested in his filing that the Court strike Defendants' Reply in Support of Motion to Dismiss.[6] However, Plaintiff's request should be denied because there is no proper legal basis or grounds for the Court to strike Defendants' Reply brief.

Plaintiff's continual ignorance of or disregard for the rules is delaying and driving up the costs of this litigation. Defendants emphasize that in this Circuit, "pro se litigants are not excused from following court rules."[7]

---

1 (Document 32).
2 LRCiv 7.2(a)-(d).
3 2012 WL 4762462 (D. Ariz).
4 *Id.* at *1.
5 (Document 26).
6 (Document 26).
7 *Briones v. Riviera Hotel & Casino*, 116 F.3d 379, 382 (9th Cir. 1997).

2

RESPECTFULLY SUBMITTED this 26th day of November, 2012.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

By  /s/ Scott F. Gibson
      Scott F. Gibson
      80 E. Rio Salado Pkwy., Ste. 401
      Tempe, AZ 85281
      *Attorneys for Defendants*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **MOTION TO STRIKE PLAINTIFF'S "MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS REPLY" & MEMORANDUM IN SUPPORT** was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail on November 26, 2012 to the following:

Magistrate Judge D. Thomas Ferraro
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 6660
Tucson, AZ  85701

James Arnett
9288 N. Monmouth Court
Tucson, AZ 85742
*Plaintiff Pro Per*

/s/ Annette T. Hernandez

4