FILED
RECEIVED _____ LODGED
_____ COPY

JAN 7 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

James Arnett,                            )
      Plaintiff,                       )
vs.                                      )   No. 4:12-CV-00311-DCB-DTF
Benjamin Snow Howard, et al.,            )   **EVIDENCE ON DVD**
      Defendants.                     )
_____          )

## Order Of The Court Carried Out

In accordance with ORDER [Doc. 34], two DVD discs are submitted to the Office of the Clerk for this honorable Court by Plaintiff. Contents include:

## DVD-1

(A)    Motion Picture (abbreviated with unlicensed music) - 23 minutes;

(B)    Commercial TV Spot - 30 seconds;

(C)    Audio Book - 2 ¼ hours;

(D)    The residence in Eden, Utah - 5 minutes.

## DVD-2

(A)    Full Motion Picture (with unlicensed music removed) 3 hours.

Plaintiff asks to let the Record show that the professionalism, diligence and character of the men and women of the Clerks Office for this honorable Court are exemplary in their official duties at all times.

Respectfully submitted this 7th day of January 2013.

James Arnett, In Propria Persona (I.F.P.)

9288 N. Monmouth Court

Tucson, Arizona 85742

(520)878-9779 (home)

(520)304-0129 (field)

jamesarnettaz@gmail.com (email)