1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9

James Arnett,                                              )    No. CV-12-0311-TUC-DCB-DTF
                                                          )
10         Plaintiff,                                    )    **ORDER**
                                                          )
11 vs.                                                     )
                                                          )
12 Benjamin Snow Howard, et al.,                           )
                                                          )
13         Defendants.                                   )
                                                          )
14 _____ )

15      Defendants have filed a second Motion to Dismiss (Doc. 37) pursuant to Rule 12 of the

16 Federal Rules of Civil Procedure.

17                 **NOTICE--WARNING TO PLAINTIFF**

18      Defendants' Motion to Dismiss seeks to have your case dismissed on the basis of lack of

19 personal jurisdiction, improper venue and failure to state claim against any defendant.

20 Specifically, they argue that the Court does not have personal jurisdiction over the

21 defendants, venue is not proper in Arizona, Plaintiff has not alleged any specific facts

22 regarding Lifeline Media LLC, Nationwide Affordable Housing and the Ben Howard Trust,

23 and Plaintiff fails to assert all the facts or elements necessary for each cause. You should

24 address these arguments in your response to the motion. A motion to dismiss will, if granted,

25 end your case.

26      The Court may, in its discretion, treat a failure to respond to Defendants' Motion to

27 Dismiss as a consent to the granting of that motion without further notice, and judgment may

28 be entered dismissing this action pursuant to Rule 7.2(i) of the Local Rules of Civil

1    Procedure. *See Brydges v. Lewis*, 18 F.3d 651 (9th Cir.1994) (*per curiam*). Further, you are

2    obligated to comply with all rules of procedure and Court orders, regardless of your pro se

3    status. *See King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). Failure to do so may result in

4    dismissal of the action. Fed. R. Civ. P. 41(b); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th

5    Cir. 1992). If Plaintiff does not file a response to the pending motion to dismiss in the time

6    set forth below, the Court will dismiss the case.

7        Accordingly,

8        **IT IS ORDERED** that Plaintiff must file a response to Defendants' Motion to Dismiss,

9    no later than **February 14, 2013.**

10       DATED this 18th day of January, 2013.

11

12

13

14

15                                          _____
                                              D. Thomas Ferraro
16                                            United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28