FILED ___ LODGED
RECEIVED ___ COPY

FEB - 1 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| James Arnett, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 4:12-CV-00311-DCB-DTF |
| Benjamin Snow Howard, et al., | ) | **MOTION** |
| Defendants. | ) | |
| | ) | |

### Motion To Join Cases

Plaintiff James Arnett respectfully requests that this honorable Court consider the efficiency of issuing an ORDER to Join the Civil Case recently filed and opened by **Mr. Gerren Ard**, Case number: **4:2013-CV-00058-TUC-DCB** against Defendant Howard, et al., <u>to this Case</u>, under the appropriate Federal Rules For Civil Procedure, be it: Rule 15, or Rule 19, or Rule 20, for the following seven reasons of Good Cause.

(1)  Both Cases arise from events and conduct alleged against two of the same four Defendants, which are essentially the same individual;

(2) Both Cases are presided over by the honorable David C. Bury, District Judge of the United States District Court For The District of Arizona;

(3) Facts, testimonies and evidence are materially and integrally bound.

(4) Service of Process to Defendant Howard has proved to be inefficient and a wasted effort if not performed directly by the United States Marshall Service - serving his current Counsel is far more efficient;

(5) A redundant establishment of Jurisdiction and Venue can be avoided to keep the I.F.P. cost and labor burden to this honorable Court down;

(6) Joining Cases will limit the burden on both Plaintiffs of a Utah Venue;

(7) Joining Cases will limit the burden on Defendant in an Arizona Venue, two Cases in an Arizona Venue, or two Cases in a Utah Venue, or any combination thereof.

Respectfully submitted this first day of February 2013,

*[signature]*

James Arnett, In Propria Persona (I.F.P.)
9288 N. Monmouth Court
Tucson, Arizona 85742
(520)878-9779 (home)
(520)304-0129 (field)
jamesarnettaz@gmail.com (email)