Steven C. Tycksen, #3300
   steve@tyshlaw.com
Bryan J. Stoddard #13590
   bryan@tyshlaw.com
TYCKSEN & SHATTUCK, L.L.C.
12401 South 450 East, Suite E-1
Draper, Utah  84020
Telephone:  (801) 748-4081
Facsimile:  (801) 748-4087

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JAMES ARNETT,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN SNOW HOWARD; LIFELINE MEDIA LLC, a Texas entity; NATIONWIDE AFFORDABLE HOUSNG, a Texas corporation; and the BEN HOWARD TRUST, and Idaho trust,<br><br>    Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br>**(Steven Tycksen)**<br><br>Judge Ted Stewart<br><br>Case No.: 2:13-cv-00591-TS |

      Steven C. Tycksen, of Tycksen & Shattuck, L.C., attorney licensed to practice law in the State of Utah, appears as counsel for all Defendants in this matter.

DATED and SIGNED this 26TH day of June, 2013.

                                                        **TYCKSEN & SHATTUCK, L.C.**

                                                        */s/ Steven C. Tycksen* _____
                                                        **Steven C. Tycksen**
                                                        **Attorney for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL was sent to the following parties by the following means:

| James Arnett<br>9288 N. Monmouth Court<br>Tucson, AZ 85742 | **U.S. Mail (Postage Prepaid)** |
|---|---|

On this 26th day of June 2013.

            ___/s/ Alicia Riggs_____