Steven C. Tycksen, #3300
   steve@tyshlaw.com
Bryan J. Stoddard #13590
   bryan@tyshlaw.com
TYCKSEN & SHATTUCK, L.L.C.
12401 South 450 East, Suite E-1
Draper, Utah 84020
Telephone: (801) 748-4081
Facsimile: (801) 748-4087

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JAMES ARNETT,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN SNOW HOWARD; LIFELINE MEDIA LLC, a Texas entity; NATIONWIDE AFFORDABLE HOUSNG, a Texas corporation; and the BEN HOWARD TRUST, and Idaho trust,<br><br>    Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br>**(Bryan Stoddard)**<br><br>Judge Ted Stewart<br><br>Case No.: 2:13-cv-00591-TS |

      Bryan J. Stoddard, of Tycksen & Shattuck, L.C., attorney licensed to practice law in the State of Utah, appears as counsel for all Defendants in this matter.

DATED and SIGNED this 26TH day of June, 2013.

                                **TYCKSEN & SHATTUCK, L.C.**

                                */s/ Bryan J. Stoddard*
                                **Bryan J. Stoddard**
                                **Attorney for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL was sent to the following parties by the following means:

| James Arnett<br>9288 N. Monmouth Court<br>Tucson, AZ 85742 | **U.S. Mail (Postage Prepaid)** |
|---|---|

On this 26th day of June 2013.

                                                    ___*/s/ Alicia Riggs*_____