James Arnett
Plaintiff, In Propria Persona (I.F.P.)
9288 N. Monmouth Court
Tucson, Arizona 85742
Telephone: (520)304-0129
Email: jamesarnettaz@gmail.com

FILED
U.S. DISTRICT COURT
2013 JUL 30  P 3:06
DISTRICT OF UTAH
BY:_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JAMES ARNETT,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN SNOW HOWARD; LIFELINE MEDIA LLC, a Utah entity; NATIONWIDE AFFORDABLE HOUSNG, a Texas corporation; and the BEN HOWARD TRUST, an Idaho trust,<br><br>    Defendants. | **MOTION FOR LEAVE**<br><br>Judge Ted Stewart<br><br>Case No.: 2:13-cv-00591-TS |

    Plaintiff James Arnett, representing himself *Pro Se*, comes now before the United States District Court for the District of Utah with this Civil Case, transferred and formerly filed as 4:12-CV-000311-DCB-DTF-TUC.

## MOTION FOR LEAVE TO AMEND

Plaintiff Arnett respectfully requests that this honorable Court grant him sufficient and appropriate time for leave, of at least 45 days, for the purpose of both, seeking legal representation, and; to Amend his Complaint concurrently (either by and through an attorney or Pro Se), as provided under Federal Rule of Civil Procedure 15(a), for the proposed additions, as follows:

## PROPOSED ADDITIONS

1. The addition of a Claim: "Fraudulent Inducement To Enter Into An Oral Agreement";

2. The addition of a Claim: "Unjust Enrichment";

3. The addition of a Claim: "Copyright Infringement";

4. The addition of allegations and supporting prima facie evidence;

5. The addition of supporting video prima facie evidence on DVD.

## NOTICE

Defendant Lifeline Media LLC. is a UTAH entity - NOT a Texas entity, as it currently appears on the cover of Defendants' filings.

Respectfully submitted this 30th day of July 2013.

*[signature]*

James Arnett, In Propria Persona (I.F.P.)
9288 N. Monmouth Court
Tucson, Arizona 85742
Telephone: (520)304-0129
Email: jamesarnettaz@gmail.com