Bryan J. Stoddard, #13590
bryan@tyshlaw.com
Steven C. Tycksen #3300
steve@tyshlaw.com
TYCKSEN & SHATTUCK, LLC
12401 S. 450 E., Ste. E-1
Draper, UT 84020
Phone: (801)748-4081
Fax: (801)748-4087

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES ARNETT,<br><br>     Plaintiff,<br><br>v.<br><br>BENJAMIN SNOW HOWARD; LIFELINE MEDIA LLC, a Texas entity; NATIONWIDE AFFORDABLE HOUSNG, a Texas corporation; and the BEN HOWARD TRUST, and Idaho trust,<br><br>     Defendants. | **NOTICE TO SUBMIT FOR DECISION**<br>**(Oral Argument Requested)**<br><br>Judge Ted Stewart<br><br>Case No.: 2:13-cv-00591-TS |

Defendants hereby give notice that Defendants' Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim (Document 59) is ready for decision. Defendants filed their Motion on August 6, 2013. Plaintiff filed a Memorandum in Opposition to Motion to Dismiss on August 22, 2013. (Document 63) Defendants filed a Reply in Support of

Defendants' Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim (Document 67) on September 5, 2013.  Accordingly the Motion is now ready for decision. Defendant hereby respectfully requests a hearing on the Motion.

DATED and electronically signed this 5th day of September, 2013.

__/s/ Bryan J. Stoddard_____
TYCKSEN & SHATTUCK
Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE TO SUBMIT FOR DECISION** was sent to the following persons by the following means:

| | |
|---|---|
| James Arnett<br>9288 N. Monmouth Court<br>Tucson, AZ 85742 | **U.S. Mail** |

On this 5th day of September, 2013.

_/s/ Alicia Riggs___