James Arnett
Plaintiff, In Propria Persona (I.F.P.)
9288 N. Monmouth Court
Tucson, Arizona 85742
Telephone: (520)304-0129
Email: jamesarnettaz@gmail.com

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

SEP 20 2013

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JAMES ARNETT,<br><br>　　Plaintiff,<br><br>v.<br><br>BENJAMIN SNOW HOWARD; LIFELINE MEDIA LLC, a Utah entity; NATIONWIDE AFFORDABLE HOUSNG, a Texas corporation; and the BEN HOWARD TRUST, an Idaho trust,<br><br>　　Defendants. | **NOTICE**<br><br>Presiding Judge Ted Stewart<br><br><br>Case 2:13-CV-00591-TS-DBP |

　　Plaintiff James Arnett, representing himself Pro Se, herein makes NOTICE to this Hororable Court regarding the findings of the Federal Bureau of Investigation, Tucson Field Office, specifically, the validity of the allegations Plaintiff complained of in his Motion and Reply for a T.R.O. [Doc. 60 & 66].

On or about 12 September 2013, Plaintiff James Arnett went in person to the Tucson Field Office of the F.B.I. and filed an official report regarding the allegations of Defendant Howard's alleged Title 18 USC§1512(b) violation to F.B.I. Special Agent Michelle L. Terwilliger, operating out of the F.B.I. Building at 275 Commerce Park Loop, Tucson, Arizona 85745.

Whereas, Special Agent Terwilliger performed a telephonic interview with the Witness, the former Mrs. Robin Reilley Howard – confirming that she had indeed made the allegations, as presented in Plaintiff's Reply [Doc. 66]. And, now reason exists to dispute Defendant Howard's claim of being a resident of Utah. And, a package of other potential violations of United States Code have been forwarded to the F.B.I. Atlanta Field Office, to the same F.B.I. Investigators who are already familiar with the Répke/Jeffery crime ring, who Defendant Howard was found to be the "straw man buyer" related to cases 1:10-CR-00524-ODE-RGV-2 gandce, 1:08-CV-00011-ODE gandce, and 1:2009-CV-02799-ODE gandce.

If this Honorable Court wishes to speak directly with F.B.I. Special Agent Terwilliger, she may be reached by telephone at (520)623-4306. Alternatively, she may be reached via email at: michelle.terwilliger@ic.fbi.gov

Respectfully submitted this 18th day of September 2013.

James Arnett, In Propria Persona (I.F.P.)
9288 N. Monmouth Court
Tucson, Arizona 85742
Telephone: (520)304-0129
Email: jamesarnettaz@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this /8th day of September 2013, I mailed the preceding NOTICE to the Office of the Clerk of the United States Court for the District of Utah at:

>U.S. Court for the District of Utah
>350 South Main Street
>Salt Lake City, Utah 84101

I also hereby certify that I have mailed these identical materials via United States Postal Service, to the following Attorneys for Defendants Howard, et al.:

>TYCKSEN & SHATTUCK, LLC
>Bryan J. Stoddard
>12401 S. 450 E., Suite E-1
>Draper, UT 84020

_____
James Arnett, In Propria Persona (I.F.P.)
9288 N. Monmouth Court
Tucson, Arizona 85742
Telephone: (520)304-0129
Email: jamesarnettaz@gmail.com