```
                                              FILED
                                         U.S. DISTRICT COURT

                                         2014 APR 17  P 1: 16

James Arnett                               DISTRICT OF UTAH
Plaintiff, In Propria Persona (I.F.P.)   Y:_____
9288 N. Monmouth Court                      DEPUTY CLERK
Tucson, Arizona  85742
Telephone: (520)304-0129
Email: jamesarnettaz@gmail.com
```

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JAMES ARNETT,<br><br>        Plaintiff,<br><br>v.<br><br>BENJAMIN SNOW HOWARD; LIFELINE MEDIA LLC, a Utah entity; NATIONWIDE AFFORDABLE HOUSNG, a Texas corporation; and the BEN HOWARD TRUST, an Idaho trust,<br><br>        Defendants. | **MOTION FOR LEAVE**<br><br>Presiding Judge Ted Stewart<br><br><br>Case 2:13-CV-00591-TS-DBP |

Plaintiff James Arnett hereby Motions for Leave to Amend his Complaint, in compliance with the Order of this honorable Court, as outlined in Document 82, and for the addition of a new Claim for Odometer Tampering, detected on or about 1 December 2013.

Page 1 of 3

## PROPOSED AMENDMENTS

(1.)   Plaintiff's Second Cause of Action: Fraud, has been struck in compliance with that same Order. However, Plaintiff has filed a Motion for Relief regarding this Claim in his Document 83.

(2.)   Plaintiff's Third Cause of Action: Fraud, has been struck in compliance with that same Order.

(3.)   Plaintiff's Fourth Cause of Action: Endangerment, has been struck in compliance with that same Order.

(4.)   After Plaintiff filed his proposed Amendment to his Complaint [Doc. 71], odometer tampering was detected and documented several months later, on or about 1 December 2013.

Plaintiff withheld filing an additional motion for leave, on the heels of his Motion for Leave [Doc. 71], already in the docket from 11 September 2013, before it was recently decided on 21 March 2014.

Now that it has been decided, Plaintiff has included a proposed addition of the Claim for a 49USC§32710 violation for odometer tampering to his Amendment, based upon information and evidence, further supported by corroborating testimony from a firsthand witness.   .

This civil case was originally filed in the District of Arizona on 24 April 2012. Therefore, this Claim is within the two year limit provided in U.S. Code Title 49 Subtitle VI Part C Chapter 327 § 32710 (paragraph "b").

This Claim will require holding Defendant Ben Howard Trust as a Defendant in this case.

(5.)   The Correction of typos, errors and omissions.

A proposed Amendment is attached as an exhibit, per DUCivR 15-1. Respectfully submitted this 15th day of April 2014.

_____
James Arnett, In Propria Persona (I.F.P.)
9288 N. Monmouth Court
Tucson, Arizona 85742
Telephone: (520)304-0129
Email: jamesarnettaz@gmail.com