FILED
U.S. DISTRICT COURT

2014 MAY -1 ⊃ 1: 12

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

James Arnett
Plaintiff, In Propria Persona (I.F.P.)
9288 N. Monmouth Court
Tucson, Arizona  85742
Telephone: (520)304-0129
Email: jamesarnettaz@gmail.com

---

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

---

| | |
|---|---|
| JAMES ARNETT,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN SNOW HOWARD;<br>LIFELINE MEDIA LLC, a Utah entity; NATIONWIDE AFFORDABLE HOUSNG, a Texas corporation; and the BEN HOWARD TRUST, an Idaho trust,<br><br>    Defendants. | **REPLY**<br><br>Presiding Judge Ted Stewart<br><br>Magistrate Judge Dustin Pead<br><br>Case 2:13-CV-00591-TS-DBP |

---

Plaintiff James Arnett herein replies to Defendants' Opposition [Doc. 84] to Plaintiff's Motion [Doc. 83].

Whereas, Defendants offer an argument in opposition, it is based on several erroneous assumptions and attempts to mischaracterize the modification of an Order (permissible under Federal Rule of Civil Procedure 60a), by extensively arguing against their own "motion for reconsideration".

For the lack of any meaningful argument, Defendants, in essence, offered this "strawman" argument, with the following disclaimer, *"Regardless of how the Motion is titled, it fails to establish a valid basis for relief and should be denied by this Court."* [Doc. 84, ¶2]. The Defendants' argument is frivolous, at best.

Federal Rule of Civil Procedure 60a provides for Relief from a Judgment or Order. Specifically, *"(a) CORRECTIONS BASED ON CLERICAL MISTAKES; OVERSIGHTS AND OMISSIONS. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice."*

Plaintiff very clearly established a valid basis for Relief, based on the fact that Plaintiff's Complaint does not contain any allegation that Defendant Howard *"fraudulently obtained the temple recommend"* [Doc. 82, page 2, ¶2], from which to Dismiss his First Fraud Claim.

This pivotal allegation, which Plaintiff never made anywhere within his Complaint, appears to be an oversight – and the resulting Order [Doc. 82] may be corrected in a modification made to the Order [Doc. 82], as provided by Rule 60a.

Wherefore, regardless of the frivolous machinations of Defendants, this honorable Court should review Plaintiff's Motion [Doc. 83] on its merits.

Respectfully submitted this 29th day of April 2014.


James Arnett, In Propria Persona (I.F.P.)

9288 N. Monmouth Court

Tucson, Arizona 85742

Telephone: (520)304-0129

Email: jamesarnettaz@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April 2014, I mailed the preceding REPLY to the Office of the Clerk of the United States Court for the District of Utah:

    U.S. Court for the District of Utah
    350 South Main Street
    Salt Lake City, Utah  84101

I also hereby certify that I have mailed these identical materials via United States Postal Service, to the following Attorneys for Defendants Howard, et al.:

    TYCKSEN & SHATTUCK, LLC
    Bryan J. Stoddard
    12401 S. 450 E., Suite E-1
    Draper, UT  84020

    _____
    James Arnett, In Propria Persona (I.F.P.)
    9288 N. Monmouth Court
    Tucson, Arizona 85742
    Telephone: (520)304-0129
    Email: jamesarnettaz@gmail.com