Bryan J. Stoddard, #13590
bryan@tyshlaw.com
Steven C. Tycksen #3300
steve@tyshlaw.com
TYCKSEN & SHATTUCK, LLC
12401 S. 450 E., Ste. E-1
Draper, UT 84020
Phone: (801)748-4081
Fax: (801)748-4087

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES ARNETT,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN SNOW HOWARD; LIFELINE MEDIA LLC, a Utah entity; and NATIONWIDE AFFORDABLE HOUSNG, a Texas corporation,<br><br>    Defendants. | **REQUEST TO SUBMIT FOR DECISION ON PLAINTIFF'S "MOTION FOR LEAVE"**<br><br>**Hearing Requested**<br><br>Judge Ted Stewart<br>Magistrate: Dustin B. Pead<br>Case No.: 2:13-cv-00591-TS-DBP |

Defendants Benjamin Snow Howard ("Howard"), Lifeline Media LLC ("Lifeline"), and Nationwide Affordable Housing ("NAH") (collectively "Defendants")[1], hereby submit Plaintiff James Arnett's ("Plaintiff") "Motion for Leave" (to Amend his

---

[1] The Ben Howard Trust was dismissed as a party in the Court's most recent Decision.

Complaint) for Decision by the Court. Plaintiff filed the Motion on April 17, 2014 (Document Nos. 85 & 85-1). Defendants filed their Memorandum in Opposition on April 28, 2014 (Document 87). Plaintiff filed a Reply on May 1, 2014 (Document 88).

Defendants request a hearing on Plaintiff's Motion.

DATED and electronically signed this 19th day of May, 2014.

__/s/ Bryan J. Stoddard_____
TYCKSEN & SHATTUCK
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following persons by the following means:

| | |
|---|---|
| James Arnett<br>9288 N. Monmouth Court<br>Tucson, AZ 85742 | **U.S. Mail** |

On this 19th day of May, 2014.

_/s/ Alicia Riggs___