2:13-CV-00591-TS-DBP

AMENDED COMPLAINT PRIMA FACIE

EXHIBIT LIST

15 AUGUST 2014

(A) Affidavit: Steven M. Adelson
(B) Affidavit: Edgar A. Ybarra
(C) Field Phone Records
(D) Plane Reservations
(E) Payment Into Forum
(F) CSS Emails Into Forum
(G) Defendants Book
(H) Affidavit: Gerren B. Ard
(I) NAH Corporate Record
(J) Life Line Corporate Record
(K) Nevada Real Estate
(L) Doc. 101 Huddleston vs. Howard
(M) Motorcycle
(N) Bill Of Sale & Insurance Card
(O) Huntsville Property
(P) DigiDesign Mbox2
(Q) Motion Picture On Vimeo
(R) Motorcycle Brake Pad
(S) Invoice
(T) Defendants Negotiation Email
(U) Prevailing Price
(V) James Arnett with Gerren Ard
(W) CineMatrix Software Suite
(X) Fraudulent Copyright
(Y) Copyright Filing §411(a) Proof
(Z) Computer Hard Drive
(A-A) Affidavit: Eileen T. West
(A-B) Speedometer cable behind windshield
(A-C) Disconnected Speedometer cable