# EXHIBIT "A"

### MR. ADELSON'S STATEMENT

In or around February 2011, I attended a gathering of individuals in the apartment of James Arnett of Tucson, Arizona. At the time, Mr. Arnett was editing his feature motion picture BLOCKED. The purpose of this gathering was to look over the progress of this movie and offer comments.

I recognize the individual in the two photographs below. Although I do not recall his name, I do recall seeing him at the apartment on the evening Mr. Arnett presented his film. I also recall Edgar A. Ybarra was also there on the same occasion.

State of Arizona
County of Pima
On this _9th_ day of _OCT_ 20_12_, _STEVEN M. ADELSON_ _Steven M. Adelson_
personally appeared before me whose identity
I proved on the basis of satisfactory evidence
to be the signer of the above instrument and
he/she acknowledged that he/she executed it

_Lauren Day_
Notary Public

Steven M. Adelson
(520)721-4233

_AZDL B14644601_
AZ License

_10-9-12_
Date

**OFFICIAL SEAL**
**LAUREN DAY**
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Sept. 6, 2016

 

Photographs of Ben S. Howard from his Facebook.com page at http://www.facebook.com/benshoward