# EXHIBIT "B"

## MR. YBARRA'S STATEMENT

I recognize the individual in the two photographs below from James Arnett's apartment in Tucson, Arizona, where I saw him, in or around February 2011.

I also recall Steven M. Adelson there on the same occasion, as we were looking over the progress of Arnett's "Blocked" film.

State of Arizona
County of Pima
On this 9th day of OT 20 12, EDGAR A YBARRA personally appeared before me whose identity I proved on the basis of satisfactory evidence to be the signer of the above instrument and he/she acknowledged that he/she executed it.

_____
Notary Public

OFFICIAL SEAL
LAUREN DAY
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Sept. 6, 2016

Edgar A. Ybarra
(520)480-8943

AR PL D01404643  9/45
AZ License

10-9-12
Date

 

Photographs of Ben S. Howard from his Facebook.com page at http://www.facebook.com/benshoward