# EXHIBIT "C" 1 of 2

**Payment History**  Inbox x

AL-MUNT CORP cellphonecity1@yahoo.com     2:08 PM (10 minutes ago)
to me

*Khalifa Riad Muntasser*

Office: 520-579-6679

Corporate Headquarters
3720 W Ina Rd, Suite 134
Tucson, AZ 85741

📄 **Payment History List.docx**
35K  View  Download

### account summary

| | | | |
|---|---|---|---|
| **Name** | BEN HOWARD | **Amount Due** | $0.00 |
| **Account Number** | 340-9367508-1 | **Future Charges** 10/09/2012 | $70.76 |
| **Billing Address** | PO BOX 223 HUNTSVILLE, UT 84317  Edit | **My Bill** | view |
| **Status** | Active | | |
| **Automatic Bill Pay** | Not Enrolled | | |
| | | | BridgePay Request |

**Current Lines of Services**
Wireless Lines: 2        Broadband Lines: 0

(520) 304-0129
(520) 358-5638

Top of Form

/wEPDwUKLTczN

**Payment History List**

🖨 Re-print Receipt  ⊗ Cancel

**EXHIBIT "C" 2 of 2**

| Provider | Product | Date | Account ID | Confirmation ID | Payment | LD | Fee | Total | User | Payment Method | Action |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cricket | Service Payment | 6/12/2012 1:10:34 PM | 5203040129 | QPAYWP327000285 | $34.00 | $0.00 | $3.00 | $37.00 | 12350041 | Cash | |
| Cricket | Service Payment | 5/10/2012 1:41:41 PM | 5203040129 | QPAYWP318931571 | $70.76 | $0.00 | $3.00 | $73.76 | 12350041 | Cash | |
| Cricket | Service Payment | 4/12/2012 1:57:49 PM | 5203040129 | QPAYWP311738809 | $70.76 | $0.00 | $3.00 | $73.76 | 12350041 | Cash | |
| Cricket | Service Payment | 1/11/2012 2:25:31 PM | 5203040129 | QPAYWP287903708 | $70.76 | $0.00 | $3.00 | $73.76 | 12350041 | Cash | |
| Cricket | Service Payment | 3/1/2011 4:46:03 PM | 5203040129 | QPAYWP208041189 | $117.00 | $0.00 | $3.00 | $120.00 | 12350041 | Cash | |
| Cricket | Service Payment | 2/9/2011 5:56:07 PM | 5203040129 | QPAYWP203002596 | $38.00 | $0.00 | $3.00 | $41.00 | 12350041 | Cash | |
| Cricket | Service Payment | 1/11/2011 4:57:31 PM | 5203040129 | QPAYWP196039484 | $37.40 | $0.00 | $3.00 | $40.40 | 12350041 | Cash | |
| Cricket | Service Payment | 12/30/2010 5:01:59 PM | 5203040129 | QPAYWP193102386 | $39.78 | $0.00 | $3.00 | $42.78 | 12350041 | Cash | |