# EXHIBIT "D"

**Changes have been made to your 6/5/2011 flight**    BEN

Expedia Travel Services notifications@expedia.com                    5/28/11
to me

## Your Flight Details Have Changed
**Passenger(s):** ARNETT/JAMES
**Expedia Itinerary Number:** 137137017384
**United Airlines confirmation code:** T1FX7M

Dear Expedia Traveler,

United Airlines made the following change(s) to your itinerary:

* Changed the flight number for 2 of your flights.

Airlines will occasionally adjust flight schedules. United Airlines has done their best to find an alternative that offers minimal disruption to your trip and we have updated your itinerary accordingly. It is not necessary to call us regarding the change.

Your updated flight itinerary is below, and you can always view your most up-to-date itinerary at Expedia.

**Tucson to Denver**

| Flight Change Details | Sunday, Jun 05, 2011 at 8:42 AM | Change in Flight |
|---|---|---|
| | United Airlines | Flight Number: UA6279 6858 (change) |
| | From: (TUS) Tucson AZ, USA | Depart: 8:42 AM |
| | To: (DEN) Denver CO, USA | Arrive: 11:40 AM |
| | Status: CONFIRMED | Class: Coach |
| | Equipment: CRJ-700 Canadair Regional Jet | Seat: 13B |
| | Operated By: /UNITED EXPRESS/SKYWEST AIRLINES(UA) | |

**Denver to Salt Lake City**

| Flight Change Details | Sunday, Jun 05, 2011 at 1:56 PM | Change in Flight |
|---|---|---|
| | United Airlines | Flight Number: UA6727 6617 (change) |
| | From: (DEN) Denver CO, USA | Depart: 1:56 PM |
| | To: (SLC) Salt Lake City UT, USA | Arrive: 3:27 PM |
| | Status: CONFIRMED | Class: Coach |
| | Equipment: CRJ-700 Canadair Regional Jet | Seat: |
| | Operated By: /UNITED EXPRESS/SKYWEST AIRLINES(UA) | |

Sincerely,
The Expedia Travel Team

---

Please do not reply to this e-mail as this mailbox is not monitored.

You are receiving this transactional email based on a recent booking or account-related update on Expedia.com.

CONTACT US
To contact us or send feedback, please click here or contact us via postal mail at: Expedia, Inc., attn: EMC Team, 333 108th Avenue NE, Bellevue, WA 98004. For additional assistance, visit the Expedia Customer Support Center, or call 1-800-Expedia.

CST# 2029030-40

@2009 Expedia, Inc. All rights reserved. ...plane logos are registered trademarks, or trademarks ...ntioned herein may be trademarks of their respec...

| from: | James Arnett jamesarnettaz@gmail.com |
|---|---|
| to: | B Howard <elderb123@gmail.com> |
| date: | Sat, May 28, 2011 at 9:52 AM |
| subject: | Fwd: Changes have been made to your 6/5/2011 flight |
| mailed-by: | gmail.com |

For internal use only
* TPID: 1
* TUID: 230466865
* Itinerary Number: 137137017384

OQPOTG