**EXHIBIT "E"**

