**EXHIBIT "F"**

| | From | Subject | | Date |
|---|---|---|---|---|
| | me | Want to read my story? - Don't share it with anyone. | | 11/15/11 |
| | Jason, me (2) | Jason Mallory - 2084 Robot Movie Project - Hi Jason, I went over your material / I saw that video for the exoskeleton before and I want to | | 11/1/11 |
| | B Howard | File names - Promo01 DSC_6163.mov promo_01.wav Promo02 DSC_6164.mov promo_02.wav Promo03 DSC_6165.mov promo_03.wav | | 10/21/11 |
| | me | Utah film directory - http://lt.reel.scout.com/crew_login.aspx | | 8/31/11 |
| | Kimber, me (3) | Fwd: This is about funding anything - Info from Kimber Forwarded message From: Kimber leigh <kimberaleigh@mac.com | | 6/27/11 |
| | DAWN, Connie (3) | FW: SPECIAL GUEST FILMMAKER Available- Free of charge - Thank you kindly for your offer, Dawn, but there's more to finishing the s | | 6/11/11 |
| | Expedia, me (2) | Changes have been made to your 6/5/2011 flight - Forwarded message From: Expedia Travel Services <notifications@expedia.com | | 5/28/11 |
| | Expedia, me (3) | Expedia travel confirmation - Salt Lake City, UT (2) - Jun 05, 2011 - (tin# 137137017384) - Forwarded message From: Expedia Travel S | | 5/24/11 |
| | me | Extensions - See if these get there! | | 2/4/11 |
| | B, me (8) | Web - Here are two Dreamweaver Extensions you need to install from within Dreamweaver. You will need two | | 1/25/11 |
| | B Howard | Cleaned up version - Cleaned up version | | 11/14/10 |
| | B Howard | more - more | | 11/14/10 |
| | B Howard | Web stuff - Web Stuff | | 11/14/10 |
| | B Howard | Covers - Covers | | 11/12/10 |
| | me | Examples - See if you like the samples of this type of content presentation. http://www.projectseven.com/ | | 11/12/10 |
| | me | Look - http://www.jamesarnett.com/sites/Nack/images.html | | 11/9/10 |
| | me, B (4) | Cell Test - What happened to you? On Mon, Aug 9, 2010 at 9:47 AM, James Arnett <jamesarnettaz@gmail.com> | | 8/9/10 |
| | me, B (2) | Skype - Tried to reach you but you didn't show up online, my skype is on and will stay on for the evening | | 5/24/10 |
| | me , Robert (17) | Great News! - Hi Ben, My friend Robert wanted to know more about the real estate collateral behind the film. Can | | 5/4/10 |
| | me (2) | New Images - More. :) On Thu, Apr 29, 2010 at 1:55 PM, James Arnett <jamesarnettaz@gmail.com> wrote: Cool | | 4/29/10 |