# EXHIBIT "I" 1 of 3

Link to Window on State Government - Susan Combs, Texas Comptroller of Public Accounts

Susan Combs, Texas Comptroller of Public Accounts

image of star

Taxable Entity Search Results

## Franchise Tax Certification of Account Status

**This Certification Not Sufficient for Filings with Secretary of State**

Obtain a certification for filings with the Secretary of State.

It takes up to two weeks for this search to update when payment is made through the mail or at a taxpayer service office. This agency may manually issue a Certificate of Account Status (good standing) when an entity makes a payment to bring its account current. The paper certificate issued by our office is valid and represents the entity's status with our office as of the date of the certificate.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Entity Information: | **NATIONWIDE AFFORDABLE HOUSING, INC.**<br>2324 CHEEK SPARGER RD<br>BEDFORD, TX 76021-2678 |
| Status: | **NOT IN GOOD STANDING** |
| Registered Agent: | BEN S HOWRAD<br>1100 WEST PIPELINE STE. 202<br>HURST, TX 76053 |
| Registered Agent Resignation Date: | |
| State of Formation: | TX |
| File Number: | 0135849400 |
| SOS Registration Date: | June 8, 1995 |
| Taxpayer Number: | 30117844982 |

texas.gov | Statewide Search from the Texas State Library | State Link Policy | Texas Homeland Security

**Susan Combs**, Texas Comptroller • Window on State Government • Contact Us
Privacy and Security Policy | Accessibility Policy | Link Policy | Public Information Act | Compact with Texans

# EXHIBIT "I" 2 of 3

Link to Window on State Government - Susan Combs, Texas Comptroller of Public Accounts

Susan Combs, Texas Comptroller of Public Accounts

image of star

Taxable Entity Search Results

## Officers and Directors

NATIONWIDE AFFORDABLE HOUSING, INC.

Return to: Taxable Entity Search Results

Officer and director information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.state.tx.us or Comptroller of Public Accounts, Open Government Division, PO Box 13528, Austin, Texas 78711.

| Title | Name and Address | Expiration/Resignation Date |
|---|---|---|
| PRESIDENT | REN S HOWARD<br>2324 CHEEK SPARGER RD<br>BEDFORD, TX 76021 | |

texas.gov | Statewide Search from the Texas State Library | State Link Policy | Texas Homeland Security

**Susan Combs**, Texas Comptroller • Window on State Government • Contact Us
Privacy and Security Policy | Accessibility Policy | Link Policy | Public Information Act | Compact with Texans

# EXHIBIT "I" 3 of 3

Texas Comptroller Stationary

September 30, 2012

## CERTIFICATE OF ACCOUNT STATUS

This is in response to your inquiry about the status of

NATIONWIDE AFFORDABLE HOUSING, INC.

This entity is not in good standing as it has not satisfied all franchise tax requirements.

If you need any additional information or assistance, please contact the Texas State Comptroller's field office in your area or call (800) 252-1381, toll free, nationwide. The Austin number is (512) 463-4600.

Taxpayer number: 30117844982
File number: 0135849400

Form 05-342 (Rev. 12-07/14)