**EXHIBIT "J" 1 of 2**

A Secure Online Service from Utah.gov

# Utah Business Search - Details

## LIFELINE MEDIA, LLC

[Update this Business]

**Entity Number:** 7977714-0160
**Company Type:** LLC - Domestic
**Address:** 6204 E 1800 N Eden, UT 84310
**State of Origin:**
**Registered Agent:** BEN HOWARD
**Registered Agent Address:**
6204 E 1800 N(EDEN UT 84310) PO BOX 223
Huntsville, UT 84317

[View Management Team]

**Status: Active**

[Purchase Certificate of Existence]

**Status:** Active *as of 04/21/2011*
**Renew By:** 04/21/2013
**Status Description:** Good Standing
**Employment Verification:** Not Registered with Verify Utah

**History**

[View Filed Documents]

**Registration Date:** 04/21/2011
**Last Renewed:** 05/08/2012

**Additional Information**

NAICS Code: 9999 NAICS Title: 9999-Nonclassifiable Establishment

**Former Business Names**

RFA FINANCIAL UT, LLC

[« Back to Search Results]

**EXHIBIT "J" 2 of 2**

Rfa Financial Ut, LLC
Claim this Profile
**Address:**
6204 E 1800 N
Eden, Utah
84310-9508
Phone:
Website:
Category:
No Information Provided
No Information Provided
Investment Advice,
Investment Advice
This is My Company

Research This Company

- Summary
- Photos

Contact: Ben Howard  Est. Total Employees: 2
State of Inc: UT      Year Established: 2011
                     Est. Total Sales: $ 91,000.00

## Basic Review

No Information Provided
RFA FINANCIAL UT, LLC