**EXHIBIT "M"**



