# EXHIBIT "N"



Utah State Tax Commission

## Bill of Sale

TC-843
Rev. 7/06

Division of Motor Vehicles - 210 North 1950 West - Salt Lake City, Utah 84134 - Telephone (801) 297-7780

☐ Automobile  ☐ Light Truck, Van or Util.  ☐ Heavy Truck (over 12,000 lbs)  ☐ Trailer
☑ Motorcycle  ☐ Off-Highway Vehicle  ☐ Snowmobile  ☐ Boat

In consideration of _____ Dollars ($_____)
paid to me by **JAMES ARNETT**
                    Buyer

I, _____, do hereby sell and convey to the
         Seller
buyer the following vehicle, as is: **1995   SUZUKI   VS1400**
                                    Year    Make      Model
**JS1VX51L0R2102837** and _____
Vehicle Identification Number    License Number

I, warrant to the Buyer that the said vehicle is free and clear of any lawful claims and demand of all and every person, whatsoever.

Used vehicles are sold as accepted and are not guaranteed.

This form does not represent documentary evidence of ownership unless accompanied by the outstanding certificate of title.

Seller's Signature _____   Date signed **8-31-11**

---

**INSURANCE IDENTIFICATION CARD - Utah**

**Policy Number:** 37128338-2     **Effective Date:** 09/01/2011 to 09/01/2012
**Insurer:** Progressive Classic Insurance Co
         P.O. Box 6807 Cleveland, OH 44101
**Your Agent:**
         HEINERS INS CENTER
         801-621-2620
**Named Insured:**
         BEN S HOWARD

**Vehicles:** Year  Make     Model        VIN
         1994 Suzuki   VS1400GLP    JS1VX51L0R2102837
         2004 Suzuki   DR-Z400S     JS1SK43A742100356
         2007 Yamaha   WR450F       JYACJ12YX7A002731

Form 4950 (12/07)