**EXHIBIT "O"**

