**EXHIBIT "Q"**

