**EXHIBIT "R"**

