## EXHIBIT "S" 1 of 2

| | |
|---|---|
| INVOICE DATE: 26 JANUARY 2012 | INVOICE NUMBER: 260112 |
| Ben S. Howard<br>3580 N. 2225 E.<br>Layton, UT 84040<br>RE: Motion Picture Production Services | Project: "Overcoming Life's Trauma"<br>Running Time: Three Hours<br>Description: High-Definition, Color, Stereo |
| Service: Creative Development<br>Days: 12<br>Rate: $1,500USD<br>Subtotal: $18,000USD | Service: Audio Assembly Editorial<br>Days: 28<br>Rate: $400USD<br>Subtotal: $11,200USD |
| Service: Multi-State Exterior Cinematography<br>Days: 37<br>Rate: $600USD<br>Subtotal: $22,200USD | Service: Compositing (2.8 hours running time)<br>Days: 28 Days<br>Rate: $2,200USD<br>Subtotal: $61,600USD |
| Service: Data Management & Collation<br>Days: 25<br>Rate: $400USD<br>Subtotal: $10,000.USD | Services: Animation<br>Days: 6<br>Rate: $3,500USD<br>Subtotal: $21,000USD |
| Service: Production Audio Recording<br>Days: 25<br>Rate: $400USD<br>Subtotal: $10,000USD | Services: Rotoscoping<br>Days: 7<br>Rate: $2,500USD<br>Subtotal: $17,500USD |
| Service: Roughcut Editorial<br>Days: 28<br>Rate: $500USD<br>Subtotal: $14,000USD | Services: Titles, Branding, Graphic Design<br>Vendor: Gerren Ard<br>Subtotal: $10,000USD |
| Service: Final Editorial<br>Days: 21<br>Rate: $600USD<br>Subtotal: $12,600USD | Services: Music Score Production<br>Vendor: Robert A. Wolf<br>Subtotal: $6,500USD |
| | Total: $214,600USD<br>Received To Date: $3,600USD<br>Balance Due: $211,000USD |

Hard copy to follow via USPS. Please keep all correspondence limited to email and mailed hard copy for documentation purposes.

## EXHIBIT "S" 2 of 2

If this invoice is paid in full before 30 days of the invoice date listed above, a 5% discount will apply.

Due to the lack of good faith, and your possession of all the masters of the work performed to date, we are ceasing production until full payment for the work already delivered and itemized above, has been paid and received. Only then shall we complete the last of delivery of the final mixed audio. The rate for studio audio mixing is $500 per day.

If you have no intent of making payment, or we have not received the Balance Due by 26 February 2012, we will consider this project a total loss, wherefore, it shall be used as an portfolio piece, exhibited online in full, in order to generate paying work, which may offset the loss on this project.

If, beyond 26 February 2012, you wish to make payment and take ownership of my work, there will be a 37% delinquent payment processing fee.

Please remit payment by cashiers check only to:

James Arnett
9288 N. Monmouth Ct.
Tucson, AZ 85742

Thank you and have a nice day.