**EXHIBIT "T"**

 **Ben S Howard** elderb123@gmail.com  Feb 25
to me

James,

I am not sure why you have chosen to do this. You were never contracted as you claim. I have received legal counsel on this matter and what you are doing constitutes extortion by very definition which holds serious *criminal* and *civil* penalties. I have been advised that the texts and e-mails you have sent me make this an open and shut extortion case.

**extortion** |ikˈstôrSHən|
noun
the practice of obtaining something, esp. money, through force or threats.
DERIVATIVES
**extortioner** noun

I suggest you seriously consider your next course of action since the consequences can be sever.

James, you've been one of my best friends for years am I have no interest in becoming enemies. I love you and I just don't understand. I would welcome a call from you.

 **James Arnett** jamesarnettaz@gmail.com  Feb 25
to Ben