**EXHIBIT "W" 1 of 5**



New Product News

**CineMatrix™ Industrial 5.0**

Platform: Microsoft Windows XP™
Development Phase: ALPHA 7 of 7 Completed
Product Status: Beta 2of 2 - Feature Film Implementation
Implementation Date : 26 June 2006

As you read through this, the momentum of our work continues with great anticipation of reaching our new product release because the advances we have made in our Development Lab are truly remarkable. This last Beta is being put through the wringer on a full scale test on our lastest feature film, Mary Shelley's "*THE LAST MAN*" in production now.

Recently, **CineMatrix™ Industrial 5.0** and **CineMatrix™ Standard 5.0** have been incorporated into a single product with a toggling menu as a single, on-the-fly, mode switching application that will be marketed as **CineMatrix™ Industrial 5.0**.



Everything you know about filmmaking software is about to change.

**EXHIBIT "W" 2 of 5**



# EXHIBIT "W" 3 of 5

**EXHIBIT "W" 4 of 5**



**EXHIBIT "W" 5 of 5**

