# EXHIBIT "X"

*Overcoming Life's Trauma.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PAu003684884 / 2012-02-15
**Application Title:** Overcoming Life's Trauma.
**Title:** Overcoming Life's Trauma.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Ben S Howard, 1967- . Address: PO Box 223, Huntsville, UT, 84317, United States.
**Date of Creation:** 2011
**Authorship on Application:** Ben S Howard, 1967- , employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Alternative Title on Application:** Forgive and Be Free
Healing the Soul
**Rights and Permissions:** Ben S Howard, Lifeline Media, LLC, PO Box 223, Huntsville, UT, 84317, United States, (817) 313-5944
**Copyright Note:** C.O. correspondence.
**Names:** Howard, Ben S, 1967-

◀ previous   next ▶

| Save, Print and Email (Help Page) |
|---|
| Select Download Format: Full Record   Format for Print/Save |
| Enter your email address:   Email |

**SOURCE: www.copyright.gov**