**EXHIBIT "Y"**

**U.S. Copyright case number: 1-999155778**