**EXHIBIT "Z"**

