EXHIBIT "A-A"

## AFFIDAVIT OF MS. EILEEN T. WEST

My name is Eileen T. West. I am employed as a pre-school teacher in Tucson, Arizona. I was a passenger on James Arnett's motorcycle in June of 2013. Our relationship at that time has recently ended. This is a summary of what I saw.

We were riding down a dirt road in Tucson, when I saw the speedometer appear to break. I told James that I saw it working then drop to zero while we were still moving.

I went motorcycle riding as James' passenger frequently that summer and into the winter, whenever the weather was nice. I never saw the speedometer working during that time, not since it appeared to break.

Around December 2013, James told me that he discovered the cause was a disconnected speedometer cable that he photographed then reconnected. I saw the speedometer working fine after that.

*Eileen T West*
Eileen T. West
April 12th, 2014
Arizona
Pima

12  April  14
Matthew Mann
*Matthew Mann*
3-9-2018

*Matthew Mann*

MATTHEW R MANN
NOTARY PUBLIC - ARIZONA
Pima County
My Commission Expires
March 9, 2018