## EXHIBIT "A-B"



**Speedometer cable end dislodged behind windshield.**