EXHIBIT "A-C"



**Speedometer cable end after removal of windshield.**