Bryan J. Stoddard, #13590
bryan@tyshlaw.com
Steven C. Tycksen #3300
steve@tyshlaw.com
TYCKSEN & SHATTUCK, LLC
12401 S. 450 E., Ste. E-1
Draper, UT 84020
Phone: (801)748-4081
Fax: (801)748-4087

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| JAMES ARNETT,<br><br>  Plaintiff,<br><br>v.<br><br>BENJAMIN SNOW HOWARD; LIFELINE MEDIA LLC, a Utah entity; and NATIONWIDE AFFORDABLE HOUSING, a Texas corporation,<br><br>  Defendant. | **ATTORNEY'S PLANNING MEETING REPORT**<br><br>Case No. 2:13-cv-00591-TS-DBP<br><br>District Judge Ted Stewart |

**1. PRELIMINARY MATTERS**:

 a. The nature of the claims and affirmative defenses is: Plaintiff's claims are for Breach of Contract, Unjust Enrichment, Copyright Infringement and Odometer Tampering. Defendant denies liability for these claims.

 b. This case is __x__not referred to a magistrate judge

    _____referred to magistrate judge _____

      _____under 636(b)(1)(A)

      _____under 636(b)(1)(B)

   \_\_\_\_\_assigned to a magistrate judge under General Order 07-001

  and

   \_\_\_\_ all parties consent to the assignment for all

    proceedings or

   \_\_\_\_ one or more parties request reassignment to a district

    judge

 c. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on *September 9, 2014* over the telephone.

  The following attended:

   *Bryan J. Stoddard,* counsel for Defendants, and James Arnett, Pro Se Plaintiff.

 d. The parties \_\_\_\_\_ request / x do not request an initial pretrial scheduling conference with the court prior to entry of the scheduling order.  An initial pretrial scheduling conference is set before Magistrate Judge Evelyn J. Furse on October 1, 2014, at 10:00 a. m.

 e. The parties will exchange by 9/30/2014 the initial disclosures required by Rule 26(a)(1).

 f. Pursuant to Fed. R. Civ. P. 5(b)(2)(D), the parties agree to receive all items required to be served under Fed. R. Civ. P. 5(a) by either (i) notice of electronic filing, or (ii) e-mail transmission.  Such electronic service will constitute service and notice of entry as required by those rules.  Any right to service by USPS mail is waived.

**2.** **DISCOVERY PLAN**:  The parties jointly propose to the court the following discovery plan:  *Use separate paragraphs or subparagraphs as necessary **if the parties disagree.***

 a. Discovery is necessary on the following subjects: *All of the supporting facts in the allegations and Plaintiff's prima facie evidence alleged in Plaintiff's Complaint.*

 b. Discovery Phases.
  *N/A.*

 c. Designate the discovery methods to be used and the limitations to be imposed.

  (1) *For oral exam depositions, (i) specify the maximum number for the plaintiff(s) and the defendant(s), and (ii) indicate the maximum number of hours unless extended by agreement of the parties.*

    Oral Exam Depositions

    Plaintiff(s) __5___

    Defendant(s) _5____

    Maximum no. hrs. per deposition _7___

  (2) *For interrogatories, requests for admissions, and requests for production of documents, specify the maximum number that will be served on any party by any other party.*

    Interrogatories _50__

    Admissions __50___

    Requests for production of documents _50__

  (3) Other discovery methods: *None.*

d. Discovery of electronically stored information should be handled as follows: *CD, DVD, Memory Flash Drive, Email, or other methods.*

e. The parties have agreed to an order regarding claims of privilege or protection as trial preparation material asserted after production, as follows: *None.*

f. Last day to file written discovery and last day to file standard motions to compel

  <u>01/27/2015</u>

g. Close of fact discovery  <u>02/27/2015</u>

h. *(optional)* Final date for supplementation of disclosures under Rule 26 (a)(3) and of discovery under Rule 26 (e)  __/__/__

**3.** **AMENDMENT OF PLEADINGS AND ADDITION OF PARTIES**:

a. The cutoff dates for filing a motion to amend pleadings are:

  Plaintiff(s) <u>09/09/2014</u> Defendant(s) <u>10/31/2014</u>

b. The cutoff dates for filing a motion to join additional parties are: *specify date*

  Plaintiff(s) <u>01/27/2015</u> Defendants(s) <u>01/27/2015</u>

  *(NOTE: Establishing cutoff dates for filing motions does not relieve counsel from the requirements of Fed.R.Civ.P. 15(a)).*

**4.** **EXPERT REPORTS**:

  Reports from experts under Rule 26(a)(2) will be submitted on: *specify dates*

    Parties bearing burden of proof <u>03/31/2015</u>

    Response <u>04/31/2015</u>

**5.** **OTHER DEADLINES**:

    a.    Expert Discovery cutoff: <u>05/15/2015</u>

    b.    Deadline for filing dispositive[1] or potentially dispositive motions including motions to exclude experts where expert testimony is required to prove the case. <u>05/29/2015.</u>

    c.    Deadline for filing partial or complete motions to exclude expert testimony <u>05/29/2015.</u>

**6.    ADR/SETTLEMENT**:

*Use separate paragraphs/subparagraphs as necessary if the parties disagree.*

    a.    The potential for resolution before trial is: ___ good ___ fair _X_ poor

    b.    This case should be referred to the court's alternative dispute resolution program for arbitration: _____ mediation: _X___

    c.    The parties intend to engage in private alternative dispute resolution for arbitration: _____ mediation: _____

d.    The parties will re-evaluate the case for settlement/ADR resolution on: *ate <u>02/27/2015</u>*

**7.    TRIAL AND PREPARATION FOR TRIAL:**

    a.    The parties should have _n/a____ days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3) (if different than 14 days provided by Rule).

    b.    This case should be ready for trial by: *specify date <u>05/29/2015</u>*
*Specify type of trial*: Bench

    c.    The estimated length of the trial is: 2 days

<u>*/s/James Arnett*</u> (with permission)      Date: 09/10/2014
Signature and typed name of Plaintiff

<u>*/s/Bryan J. Stoddard*</u>      Date: 09/10/2014
Signature and typed name of Defendant(s) Attorney

---

[1] Dispositive motions, if granted, affect the final resolution of the case; nondispositive motions, if granted, affect the case but do not dispose of it.

## NOTICE TO COUNSEL

The Report of the Attorney Planning Meeting should be completed and filed with the Clerk of the Court twenty-one days before the date of the Initial Pretrial Conference.  A copy of the Proposed Scheduling Order on the court's official form should be submitted in word processing format by email to ipt@utd.uscourts.gov.  If counsel meet, confer, and
      (i)      file a stipulated Attorney Planning Meeting Report *and*
      (ii)     email a draft scheduling order in word processing format by email to
           ipt@utd.uscourts.gov
twenty-one days before the scheduled hearing, the Court will consider entering the Scheduling Order based on the filed Attorney Planning Meeting Report.

If the Hearing is held, counsel should bring a copy of the Attorney Planning Meeting Report to the Hearing.

In CM/ECF, this document should be docketed as Other Documents - Attorney Planning Meeting.

More information is available at
      http://www.utd.uscourts.gov/documents/ipt.html