Bryan J. Stoddard, #13590
bryan@tyshlaw.com
 TYCKSEN & SHATTUCK, LLC
12401 S. 450 E., Ste. E-1
Draper, UT 84020
Phone: (801)748-4081
Fax: (801)748-4087

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES ARNETT,<br><br>        Plaintiff,<br><br>v.<br><br>BENJAMIN SNOW HOWARD;<br>LIFELINE MEDIA LLC, a Utah entity;<br>and NATIONWIDE AFFORDABLE<br>HOUSNG, a Texas corporation,<br><br>        Defendants. | **WITHDRAWAL OF CO-COUNSEL**<br><br>Judge Ted Stewart<br>Magistrate: Dustin B. Pead<br>Case No.: 2:13-cv-00591-TS-DBP |

  Attorney Bryan J. Stoddard hereby withdraws as co-counsel of record for

Defendants. Other counsel (Steven C. Tycksen) will remain as counsel of record for

Defendants. Further communication should be directed to Mr. Tycksen.

  DATED and electronically signed this 16th day of September, 2014.

            __/s/ Bryan J. Stoddard_____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following persons by the following means:

| James Arnett<br>9288 N. Monmouth Court<br>Tucson, AZ 85742 | **U.S. Mail** |
|---|---|

On this 16th day of September, 2014.

                                                                                     _/s/ Alicia Riggs_