Steven C. Tycksen #3300
steve@tyshlaw.com
TYCKSEN & SHATTUCK, LLC
12401 S. 450 E., Ste. E-1
Draper, UT 84020
Phone: (801)748-4081
Fax: (801)748-4087

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES ARNETT,<br><br>     Plaintiff,<br><br>v.<br><br>BENJAMIN SNOW HOWARD; LIFELINE MEDIA LLC, a Utah entity; and NATIONWIDE AFFORDABLE HOUSNG, a Texas corporation,<br><br>     Defendants. | **CERTIFICATE OF SERVICE OF DEFENDANTS RULE 26(a)(1) INITIAL DISCLOSURES**<br><br>Judge Ted Stewart<br>Magistrate: Dustin B. Pead<br>Case No.: 2:13-cv-00591-TS-DBP |

  I hereby certify that I caused to be mailed a true and correct copy of Defendants Rule 26(a)(1) Initial Disclosures, postage pre-paid to the following:

James Arnett
9288 N. Monmouth Court
Tucson, Arizona 85742

On this 30th day of September, 2014.

                              **TYCKSEN & SHATTUCK, L.C.**

                              ***/s/ Steven C. Tycksen***
                              **Steven C. Tycksen**
                              **Attorney for Defendants**