James Arnett
Plaintiff, In Propria Persona (I.F.P.)
9288 N. Monmouth Court
Tucson, Arizona  85742
Telephone: (520)304-0129
Email: jamesarnettaz@gmail.com

FILED
U.S. DISTRICT COURT

2014 DEC -1  P 12: 53

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JAMES ARNETT,<br><br>      Plaintiff,<br><br>v.<br><br>BENJAMIN SNOW HOWARD; LIFELINE MEDIA LLC, a Utah entity; NATIONWIDE AFFORDABLE HOUSNG, a Texas corporation; and the BEN HOWARD TRUST, an Idaho trust,<br><br>      Defendants. | **CERTIFICATE OF SERVICE**<br><br>Presiding Judge Ted Stewart<br><br><br>Case 2:13-CV-00591-TS-DBP |

   Plaintiff James Arnett hereby certifies that he mailed his production of documents to Defendants' counsel on 25 November 2014 to the following address:

   12401 S. 450 E., Ste. E-1

   Draper, UT 84020

*[signature]*

James Arnett, In Propria Persona (I.F.P.)

9288 N. Monmouth Court

Tucson, Arizona 85742

Telephone: (520)304-0129

Email: jamesarnettaz@gmail.com