Steven C. Tycksen, #3300
steve@tyshlaw.com
TYCKSEN & SHATTUCK, L.L.C.
12401 South 450 East, Suite E-1
Draper, Utah  84020
Telephone:  (801) 748-4081
Facsimile:  (801) 748-4087

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JAMES ARNETT,<br><br>        Plaintiff,<br><br>v.<br><br>BENJAMIN SNOW HOWARD;<br>LIFELINE MEDIA LLC, a Utah entity;<br>and NATIONWIDE AFFORDABLE<br>HOUSNG, a Texas corporation,<br><br>        Defendants. | **NOTICE OF TAKING<br>PLAINTIFF'S DEPOSITION**<br><br>Judge Ted Stewart<br>Magistrate: Dustin B. Pead<br>Case No.: 2:13-cv-00591-TS-DBP |

        Defendants hereby give Notice of Taking Deposition of:

**JAMES ARNETT (Plaintiff)**

Plaintiff is commanded to appear and respond to oral interrogatories at his Deposition on **February 18, 2015** at **1:00 pm** at the Office of Tycksen & Shattuck, located at **12401 South 450 East, Suite E-1, Draper, Utah, 84020**.

The method of recording the Deposition will be by stenographic means before a certified court reporter and notary.

**DATED & ELECTRONICALLY SIGNED this 27th day of January, 2015.**

**TYCKSEN & SHATTUCK, L.C.**

**/s/ Steven C. Tycksen_____**

**Attorney for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2015, the foregoing document was served upon the

following individuals by the following means.

| James Arnett<br>9288 N. Monmouth Court<br>Tucson, AZ 85742 | **U.S. Mail (Postage Prepaid)** |
| --- | --- |

*/s/ Alicia Riggs*