Steven C. Tycksen #3300
steve@tyshlaw.com
TYCKSEN & SHATTUCK, LLC
12401 S. 450 E., Ste. E-1
Draper, UT 84020
Phone: (801)748-4081
Fax: (801)748-4087

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| JAMES ARNETT,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN SNOW HOWARD;<br>LIFELINE MEDIA LLC, a Utah entity;<br>and NATIONWIDE AFFORDABLE<br>HOUSNG, a Texas corporation,<br><br>    Defendants. | **CERTIFICATE OF SERVICE OF DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Judge Ted Stewart<br>Magistrate: Dustin B. Pead<br>Case No.: 2:13-cv-00591-TS-DBP |
|---|---|

    I hereby certify that a true and correct copy of Defendant's Second Set of Requests for Production of Documents was sent to the following parties by the following means on January 27, 2015:

| | |
|---|---|
| James Arnett<br>9288 N. Monmouth Court<br>Tucson, AZ 85742 | **U.S. Mail (Postage Prepaid)** |

**DATED and SIGNED this 27th day of January, 2015.**

                **TYCKSEN & SHATTUCK, L.L.C.**

                /s/Steven C. Tycksen
                **Steven C. Tycksen**
                **Attorney for Defendants**