Steven C. Tycksen #3300
steve@tyshlaw.com
TYCKSEN & SHATTUCK, LLC
12401 S. 450 E., Ste. E-1
Draper, UT 84020
Phone: (801)748-4081
Fax: (801)748-4087

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES ARNETT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BENJAMIN SNOW HOWARD;<br>LIFELINE MEDIA LLC, a Utah entity;<br>and NATIONWIDE AFFORDABLE<br>HOUSNG, a Texas corporation,<br><br>　　　　Defendants. | **RESPONSE TO MOTION TO COMPEL**<br><br><br>Judge Ted Stewart<br>Magistrate: Dustin B. Pead<br>Case No.: 2:13-cv-00591-TS-DBP |

**COMES NOW** Defendants Benjamin Snow Howard; Lifeline Media LLC; and Nationwide Affordable Housing by and through counsel, and hereby responds to Plaintiff's Motion to Compel as follows:

1. The Defendants have now responded to the Plaintiff's Interrogatories, therefore these items no longer need to be compelled.

2. Due to the large amount and broad spectrum of requests for production of documents it has taken the Defendant longer than anticipated to gather the necessary documents.

3. On March 24, 2015, the Defendant, Ben Howard, mailed to counsel all documents requested on a 2 TB Hard drive. Counsel has not yet received this hard drive.

4. Once Counsel receives the hard drive, they will determine which documents are necessary to properly respond to the requests for production and will determine if there is any sensitive information which may require a protective order is necessary to protect these items.

5. Upon completion of reviewing the documents provided by the Defendant, Counsel will either bate-stamp and mail said documents or move for a protective order, if necessary.

On this 25th day of March, 2015

        **TYCKSEN & SHATTUCK, L.C.**

        */s/ Steven C. Tycksen*
        **Steven C. Tycksen**
        **Attorney for Defendants**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following persons by the following means:

| James Arnett<br>9288 N. Monmouth Court<br>Tucson, AZ 85742 | **U.S. Mail** |
|---|---|

On this 25th day of March, 2015.

                                    _/s/ Hillary Pavia___